```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

TUAN S. DEAN,
        Plaintiff,

   v.                                      Civil Action No.
                                              09-12196-JGD

SODEXO CORPORATE SERVICE,
        Defendant.

<u>REPORT AND RECOMMENDATION</u>

DEIN, C.M.J.

    On January 21, 2010, a Memorandum and Order (Docket No. 3) issued directing Plaintiff to demonstrate good cause, within 35 days, why this action should not be dismissed for lack of subject matter jurisdiction and/or failure to state a claim upon which relief may be granted, or else file an Amended Complaint in accordance with Rules 8 and 10 of the Federal Rules of Civil Procedure.

    To date, Plaintiff has failed to comply with the directives of this Court, and the time period for doing so has expired.

    In light of the above, this Court directs that this action be RE-ASSIGNED to a District Judge for further proceedings. Additionally, this Court RECOMMENDS to the District Judge to whom the case is re-assigned, that this action be DISMISSED *sua sponte* for lack of jurisdiction and for failure to comply with the Court's directives contained in the Memorandum and Order (Docket No. 3).

    Plaintiff is hereby advised, pursuant to Rule 72, Fed. R. Civ. P., that if he objects to this recommendation, he must file specific written objections thereto with the Clerk of this Court

within 14 days of the party's receipt of this Report and Recommendation.  The written objections must specifically identify the portion of the recommendation, or report to which objection is made and the basis for such objections.  Plaintiff is further advised that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply with Rule 72(b), Fed. R. Civ. P., shall preclude further appellate review.  See Keating v. Secretary of Health and Human Services, 848 F.2d 271 (1st Cir.1988); United States v. Emiliano Valencia-Copete, 792 F.2d 4 (1st Cir.1986); Scott v. Schweiker, 702 F.2d 13, 14 (1st Cir. 1983); United States v. Vega, 678 F.2d 376, 378-379 (1st Cir.1982); Park Motor Mart, Inc. v. Ford Motor Co., 616 F.2d 603 (1st Cir.1980); see also Thomas v. Arn, 474 U.S. 140 (1985).

SO ORDERED.

                                        /s/ Judith G. Dein
                                        JUDITH G. DEIN
                                        CHIEF, UNITED STATES MAGISTRATE JUDGE

DATED: March 9, 2010