UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-12196-RGS

TUAN DEAN,

v.

SODEXHO CORPORATE SERVICE,

ORDER ADOPTING REPORT AND RECOMMENDATION

April 1, 2010

STEARNS, D.J.

On January 21, 2010, Chief Magistrate Judge Dein issued a Memorandum and Order (Docket No. 3) directing plaintiff Tuan Dean to demonstrate good cause why this action should not be dismissed, or file an Amended Complaint in accordance with Rules 8 and 10 of the Federal Rules of Civil Procedure, within thirty-five (35) days. Dean failed to file any pleading complying with this directive. On March 9, 2010, Chief Magistrate Judge Dein directed this case be re-assigned to a District Judge. CMJ Dein also issued a Report and Recommendation (Docket No. 4) recommending that this action be dismissed *sua sponte* for lack of jurisdiction and for failure to comply with the court's directives contained in the earlier Memorandum and Order (Docket No. 3).

To date, Dean has not filed any Objections to the Report and Recommendation within the time period permitted.[1] Upon review of the record, the court finds the Report and Recommendation to be well-founded, and hereby ADOPTS CMJ Dein's recommendation for dismissal *sua sponte*.

---

[1] While the time period for objecting is contingent upon the date of receipt by Dean of the Report and Recommendation, this court presumes that Dean received a copy of the Report and Recommendation within a reasonable time after mailing, particularly since no returned mail was received by the court evidencing non-delivery.

Accordingly, this action is hereby <u>DISMISSED</u> in its entirety.  A separate Order for Dismissal shall enter.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE